```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
FERGUSON AND KATZMAN                 :
PHOTOGRAPHY, INC.,                   :
                    Plaintiff,       :    20 Civ. 8854 (VM)
                                     :
     - against -                     :    ORDER
                                     :
KEY FOOD STORES CO-OPERATIVE, INC.,  :
et al.,                              :
                    Defendants.      :
------------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: January 28, 2021**

**VICTOR MARRERO, United States District Judge.**

The conference currently scheduled for Friday, January 29, 2021 at 1:30 p.m. is hereby canceled.

**SO ORDERED.**

Dated:   New York, New York
         28 January 2021

_____
Victor Marrero
U.S.D.J.