```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
FERGUSON AND KATZMAN               :
PHOTOGRAPHY, INC.,                 :
                  Plaintiff,       :   20 Civ. 8854 (VM)
                                   :
     - against -                   :   ORDER
                                   :
KEY FOOD STORES CO-OPERATIVE, INC.,:
et al.,                            :
                  Defendants.      :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: September 8, 2021

**VICTOR MARRERO, United States District Judge.**

As this matter is stayed, the conference currently scheduled for Friday, September 10, 2021 is hereby canceled.

**SO ORDERED.**

Dated:   New York, New York
         8 September 2021

_____
Victor Marrero
U.S.D.J.